DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IN RE: THE NAME CHANGE OF RAKIM SALAM ALI**

No. 4D2023-1673

[January 3, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl A. Caracuzzo, Judge; L.T. Case No. 502023DR000620.

Rakim Salam Ali, Palm Beach Gardens, pro se.

No appellee.

PER CURIAM.

The trial court denied Appellant's petition for a name change based upon a determination that Appellant verbally "requested" that the court deny his petition. As the court did not reach the merits of Appellant's effort to have his former name restored (the denial of the petition upon Appellant's request was akin to a voluntary dismissal), Appellant is not estopped from filing a new petition for a name change, per section 68.07, Florida Statutes.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***